# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Randy Scott Skarda, | ) | Case No. 4:14-cr-048 |
| | ) | |
| Defendant. | ) | |

On April 22, 2014, defendant was conditionally released pending trial. One condition of his release was that he was to be electronically monitored by GPS unit.

The Supervising Pretrial Services Officer has recommended termination of the condition regarding electronic monitoring of defendant, citing his good faith compliance with his conditions to date. On August 12, 2014, the court issued an directing the parties to show cause why electronic monitoring of defendant should not be terminated. Neither side has filed a response. The court construes their silence as assent to termination of the condition. Accordingly, the court strikes the condition of release requiring defendant to submit to electronic monitoring by GPS unit. All other conditions of release previously imposed remain in effect.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court